IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 3:11cr111/LAC/EMT
   3:14cv611/LAC/EMT

STEVEN IMES, III,

_____

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 208). He subsequently filed an amended motion (ECF No. 210). By order of this court dated January 9, 2018, Defendant had twenty-one (21) days to show cause why his amended motion should not be dismissed as moot due to the completion of his custodial sentence (ECF No. 225). The court advised Defendant that failure to respond to the order may be construed as abandonment of his underlying amended motion. Defendant failed to respond to this order, and the time for compliance with the show cause order has now elapsed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

At **Pensacola, Florida,** this 12th day of February 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.